IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

CRYSTAL WHITLEY, as parent and legal guardian of J.W., a minor, and KODY WHITLEY, as parent and legal guardian of J.W., a minor,

    Plaintiffs,

v.

INDEPENDENT SCHOOL DISTRICT NO. 10 OF DEWEY COUNTY, OKLAHOMA,

    Defendant.

Case No. CIV-18-331-SLP

## **JUDGMENT**

In accordance with the Order entered this 22nd day of April, 2019, Judgment is hereby entered on behalf of Defendant with respect to Plaintiff's Title IX claims. The remaining negligence claim is remanded to the District Court of Dewey County, Oklahoma pursuant to 28 U.S.C. § 1367(c)(3).

IT IS SO ORDERED this 22nd day of April, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE